PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE MUDALIAR,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:20-cv-01692-AWI-BAM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

1. Due to an oversight, this case was mistakenly calendared by counsel for the Commissioner. Moreover, other internal process by staff within counsel's office for tracking receipts of merit briefs apparently overlooked receipt of Plaintiff's opening brief. Counsel for the Commissioner apologizes to Plaintiff and the Court for the delay in adjudicating this case. Consequently, Counsel requests an extension for the Commissioner to properly respond to Plaintiff's opening brief.

2. Counsel for the Commissioner conferred with Plaintiff's counsel who had no objection to the requested extension.

3. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until April 29, 2022, respond to Plaintiff's opening brief.

Respectfully submitted,

Date: *April 20, 2022*  PEÑA & BROMBERG, PLC

By: */s/ Caspar Chan for Jonathan Pena\**
JONATHAN PENA
*\*Authorized by email on April 20, 2022*
Attorneys for Plaintiff

Date: *April 20, 2022*  PHILIP A. TALBERT
United States Attorney
Eastern District of California

By: */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 29, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **April 20, 2022**                         /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE