1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
4  3467 W. Shaw Ave., Ste 100
5  Fresno, CA  93711
6  Telephone: 559-412-5390
   Fax: 866-282-6709
7  info@jonathanpena.com
   Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MUDALIAR,<br><br>    Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:20-cv-01692-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 24, 2025 to May 24, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

1 Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

OBJECTIONS TO FINDINGS AND RECOMMENDATIONS.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of April 21, 2025 and April 28, 2025  Plaintiff's Counsel has seven Merit briefs and two Reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

    Respectfully submitted,

Dated: April 24, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 24, 2025    PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

By:  *\*/s/ Caspar I. Chan*
    Caspar I. Chan
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 24, 2025)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time to file Objections to Magistrate Judge's Findings and Recommendations is GRANTED. Plaintiff shall file his objections, if any, on or before May 24, 2025. All other dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **April 25, 2025**       /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE